1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff
   ROBERT DODSON
6

7

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13  ROBERT DODSON,                    Case No. CIV. S. 06-2258 LKK DAD

14       Plaintiff,

15       v.                           **STIPULATION FOR DISMISSAL AND ORDER THEREON**

16  BUTA B. SINGH dba WIENERSCHNITZEL
    #317, et al.,
17

18       Defendants.
                                   /
19

20

21

22

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES:

Pursuant to Fed. R. Civ. Proc 41(a)(I)(ii) the parties hereby request that the Court dismiss the above-entitled action, without prejudice, **as to defendant BUTA B. SINGH dba WIENERSCHNITZEL #317 ONLY**.

Nothing in this stipulation for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant BUTA B. SINGH dba WIENERSCHNITZEL.

Dated: April 26, 2007					DISABLED ADVOCACY GROUP, APLC


						/s/   Lynn Hubbard                    /
						LYNN HUBBARD, III
						Attorney for Plaintiff
						ROBERT DODSON

Dated: April 26, 2007					GoLDSBERRY FREEMAN & GUZMAN. LLP


						/s/ James F. Curran for               /
						MELINDA GUZMAN
						Attorney for Defendant
						FAROUK Y. DIAB, SR.

Dated: April 27, 2007					LAW OFFICE OF PAUL PERDUE


						/s/ Paul Perdue                       /
						PAUL PERDUE
						Attorney for Defendant
						JACK JAIR

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-2258 LKK DAD, is hereby dismissed without prejudice **as to BUTA B. SINGH only**.

Dated: May 1, 2007.

						LAWRENCE K. KARLTON
						SENIOR JUDGE
						UNITED STATES DISTRICT COURT