UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

                                   NO. CIV. S-06-2258 LKK/DAD

    Plaintiff,

  v.                                     O R D E R

BUTA B. SINGH D/B/A
WIENERSCHNITZEL #317, ET AL.,

    Defendants.
_____/

    On August 3, 2007, a telephonic conference was held between plaintiff and defendants. At that conference, the court ORDERED as follows:

    1.    The discovery deadline is CONTINUED to October 15, 2007, with expert disclosure sixty (60) days prior.

    3.    The Law and Motion cut off date is CONTINUED to December 15, 2007.

    4.    The pretrial conference is CONTINUED to March 10, 2008 at 1:30 p.m.

    5.    Trial is CONTINUED to June 10, 2008. Trial is expected to last three days.

    IT IS SO ORDERED.

    DATED: August 3, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT