1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  JAMES CURRAN, SBN 142041
   MELINDA GUZMAN MOORE, SBN 137678
   GOLDSBERRY FREEMAN & GUZMAN, LLP
8  777 12th Street, Suite 250
   Sacramento, CA 95814
9  Telephone: (916) 448-0448
   Fax: (916) 448-8628
10
   Attorney for Defendant Farouk Y. Diab, Sr.
11

12 PAUL PERDUE, SBN 67105
   LAW OFFICE OF PAUL PERDUE
13 369 Pine Street #610
   San Francisco, CA 94104
14 Telephone: (415) 291-0474
   Fax: (415) 732-0287
15
   Attorney for Defendant Jack Jair
16

17
                        UNITED STATES DISTRICT COURT
18
                        EASTERN DISTRICT OF CALIFORNIA
19

20 | ROBERT DODSON,                              | Case No. CIV. S-06-02258-LKK-DAD

21 |     Plaintiff,

22 | v.                                          | **STIPULATION OF DISMISSAL AND ORDER THEREON**

23 | BUTA B. SINGH dba WIENERSCHNITZEL
   | #317; FAROUK Y. DIAB, SR.; JACK JAIR,
24 |
   |     Defendants.
25 | _____/

26

27

28

Stipulation of Dismissal and [Proposed] Order Thereon                    *Dodson v. Buta B. Singh, et al.*
                                                                          CIV. S-06-02258-LKK-DAD

Case 2:06-cv-02258-LKK-DAD   Document 26   Filed 10/09/07   Page 2 of 2

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT DODSON, and defendants, FAROUK Y. DIAB, SR. and JACK JAIR, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: October 5, 2007        DISABLED ADVOCACY GROUP, APLC

/s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: October 3, 2007        GOLDSBERRY FREEMAN & GUZMAN, LLP

/s/ James Curran
JAMES CURRAN
Attorney for Defendant Farouk Y. Diab, Sr.

Dated: October 2, 2007        LAW OFFICE OF PAUL PERDUE

/s/ Paul Perdue
PAUL PERDUE
Attorney for Defendant Jack Jair

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-02258-LKK-DAD, is hereby dismissed with prejudice.

Dated: October 9, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation of Dismissal and [Proposed] Order Thereon        *Dodson v. Buta B. Singh, et al.*
- 2 -        CIV. S-06-02258-LKK-DAD